**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1624**

MELVIN M. FARMER,

              Plaintiff - Appellant,

       v.

CAMPBELL SOUP COMPANY LLC; CLAYTON PARKS, Utility Service
Leader; MATTHEW KELLEY, Service Leader,

              Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  William L. Osteen,
Jr., Chief District Judge.  (1:14-cv-00179-WO-LPA)

Submitted:  October 21, 2014          Decided:  October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin M. Farmer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin M. Farmer appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Farmer v. Campbell Soup Co.</u>, No. 1:14-cv-00179-WO-LPA (M.D.N.C. May 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>